**DISMISS; and Opinion Filed January 16, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01112-CV

**DUAL COMMERCIAL, LLC D/B/A PGI COMMERCIAL LLC, Appellant**

**V.**

**CINCINNATI CASUALTY COMPANY, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05795-E**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Osborne
Opinion by Justice Molberg

Before the Court is the parties' January 11, 2019 agreed motion to dismiss the appeal. The motion states the parties have settled the lawsuit and appellant no longer wishes to pursue this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss this appeal.

/Ken Molberg/
KEN MOLBERG
JUSTICE

181112F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DUAL COMMERCIAL, LLC D/B/A PGI COMMERCIAL LLC, Appellant

No. 05-18-01112-CV     V.

CINCINNATI CASUALTY COMPANY, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-17-05795-E.
Opinion delivered by Justice Molberg, Justices Myers and Osborne participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

We **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 16th day of January, 2019.